**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.Grimaldi@lewisbrisbois.com
DYANNE CHO, SB# 306190
  E-Mail: Dyanne.Cho@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA BORKMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>BMW OF NORTH AMERICA, LLC a Delaware limited liability company,<br><br>      Defendant. | CASE NO. 2:16-cv-2225-FMO (MRWx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff Joshua Borkman ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"), through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Scheduling Conference in this action is currently scheduled for June 30, 2016.

WHEREAS, lead counsel for BMW NA, who is required to attend the Scheduling Conference under this Court's Order Setting Scheduling Conference, is scheduled to attend a Fed. R. Civ. P. 30(b)(6) deposition on June 30, 2016 in Los Angeles in the case captioned *In re Takata Airbag Prod. Liab. Litigation*, MDL 2599 (S.D. Fla. Case No. 15-md-02599), which was set several months before the Scheduling Conference was scheduled, involves a foreign witness traveling from Japan, and that cannot easily be rescheduled without undue hardship;

WHEREAS, the parties have not previously requested a continuance of the Scheduling Conference;

WHEREAS, the parties have agreed that in light of this conflict for BMW NA's lead counsel, the Scheduling Conference may be continued, subject to Court approval, to July 28, 2016, which is the hearing date on BMW NA's pending motion to dismiss or some other date acceptable to the Court except July 15-25, 2016 and August 10-12, 2016, during which lead counsel for BMW NA is unavailable due to a family vacation or business travel.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY STIPULATED AND AGREED THAT the Court may enter an order that continues the Scheduling Conference currently scheduled for June 30, 2016 to July 28, 2016, or another date that is convenient for the Court.

DATED: June 8, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Eric Y. Kizirian
Eric Y. Kizirian
Attorneys for Defendant BMW OF NORTH AMERICA, LLC

DATED: June 8, 2016            CAPSTONE LAW APC

By: /s/ Robert K. Friedl
Robert K. Friedl
Attorneys for Plaintiff JOSHUA BORKMAN

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing plaintiff to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2016.

DATED: June 8, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Eric Y. Kizirian
Eric Y. Kizirian
Attorneys for BMW of North America, LLC