**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
   E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
   E-Mail: Michael.Grimaldi@lewisbrisbois.com
DYANNE CHO, SB# 306190
   E-Mail: Dyanne.Cho@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA BORKMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC a Delaware limited liability company,<br><br>                Defendant. | CASE NO. 2:16-cv-2225-FMO (MRWx)<br><br>**DECLARATION OF ERIC Y. KIZIRIAN IN SUPPORT OF STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

## DECLARATION OF ERIC Y. KIZIRIAN

I, Eric Y. Kizirian, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and am a partner with Lewis Brisbois Bisgaard & Smith LLP, counsel of record for defendant BMW of North America, LLC ("BMW NA") herein. The facts set forth herein are personally known to me and I could and would testify competently to them.

2. I make this declaration in support of plaintiff Joshua Borkman ("Plaintiff") and BMW NA's Stipulation to Continue Scheduling Conference and in accordance with Paragraph VII of this Court's Initial Standing Order, which requires a stipulation to continue the date of any matter to be "supported by a detailed declaration that demonstrates good cause as to why the change in the date is essential."

3. I am lead counsel for BMW NA in the above-referenced matter. As set forth in this Court's Order Setting Scheduling Conference, as lead counsel for BMW NA, I am required to attend the Scheduling Conference, currently set for June 30, 2016.

4. I have a scheduling conflict on June 30, 2016 because I am scheduled to attend a Fed. R. Civ. P. 30(b)(6) deposition in Los Angeles on the same day in the case captioned *In re Takata Airbag Prod. Liab. Litigation*, MDL 2599 (S.D. Fla. Case No. 15-md-02599). This deposition involves a foreign witness who is traveling from Japan and was set on April 4, 2016—five days after the above-referenced lawsuit was filed. Because of the foreign witness travel and the anticipated attendance of several co-defendants' at this deposition, the date of the deposition cannot be rescheduled.

5. I am presently scheduled to be out of town on a family vacation from July 15-25, 2016 and on business travel August 10-12, 2016. These are my only dates of out-of-town unavailability for a rescheduled conference with the Court

1  after June 30, 2016.

2      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 8, 2016 in Los Angeles, California.

                                        /s/ Eric Y. Kizirian
                                          Eric Y. Kizirian