UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA BORKMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:16-cv-2225-FMO (MRWx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The Court has received and reviewed the Stipulation of Plaintiff Joshua Borkman ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"), seeking to continue the date of the Scheduling Conference currently set for June 30, 2016 ("Stipulation"), and the concurrently-filed declaration of Eric Y. Kizirian ("Declaration"). As set forth in the Stipulation and Declaration, lead counsel for BMW NA, who is required to attend the Scheduling Conference under this Court's Order Setting Scheduling Conference, is scheduled to attend a Fed. R. Civ. P. 30(b)(6) deposition on June 30, 2016 in Los Angeles in the case captioned *In re Takata Airbag Prod. Liab. Litigation*, MDL 2599 (S.D. Fla. Case No. 15-md-02599). According to the Declaration and Stipulation, the deposition involves a foreign witness traveling from Japan and cannot easily be rescheduled.

Based on this conflict for BMW NA's lead counsel, the Stipulation, and the Declaration, and GOOD CAUSE APPEARING, it is hereby ordered that the Scheduling Conference is continued to July 28, 2016 at 10:00 a.m. All other dates set by the Court remain unchanged.

Dated: June 9, 2016          _____/s/_____
                              Hon. Fernando M. Olguin
                              United States District Court
                              Central District of California