Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JOSHUA BORKMAN and SASHA ST. PIERRE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:16-cv-02225-FMO (MRWx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[Rule 41(a)(1)(A)(ii), F.R.Civ.P.]** |

1    Plaintiff Sasha St. Pierre and Defendant BMW of North America, LLC,m

2 ("Defendant"), through their respective undersigned counsel, hereby stipulate

3 and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii)

4 of the Federal Rules of Civil Procedure.

5 **IT IS SO STIPULATED**.

6

7

8 Dated:  September 14, 2017          Respectfully submitted,

9                                     Capstone Law APC

10

11                                    By: /s/ Jordan Lurie

12                                        Jordan L. Lurie
                                          Tarek H. Zohdy
                                          Cody R. Padgett
13                                        Karen L. Wallace

14                                    Attorneys for Plaintiffs

15 Dated:   September 14, 2017         LEWIS BRISBOIS BISGAARD &
                                      SMITH LLP
16

17                                    By: /s/ Eric Y. Kizirian

18                                        Eric Y. Kizirian

19                                    Attorneys for Defendant BMW OF
                                      NORTH AMERICA, LLC
20
                                      Attorneys for Defendant
21

22

23

24

25

26

27

28

1

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

2

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have

3

obtained the authorization from the above signatories to file the above-

4

referenced document, and that the above signatories concur in the filing's

5

content.

6

I certify under penalty of perjury under the laws of the United States of

7

America that the foregoing is true and correct.  Executed on September 14, 2017

8

9

By:  /s/ Jordan L. Lurie

Jordan L. Lurie
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28