Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JOSHUA BORKMAN and SASHA ST. PIERRE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:16-cv-02225-FMO (MRWx)<br><br>**AMENDED JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[Rule 41(a)(1)(A)(ii), F.R.Civ.P.]** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Sasha St. Pierre and Defendant BMW of North America, LLC, ("Defendant"), through their respective undersigned counsel, hereby stipulate to the dismissal of Plaintiff Sasha St. Pierre's individual claims with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and to dismissal of the class claims without prejudice.

Rule 41(a)(1)(A)(ii) provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Moreover, the dismissal is without prejudice to the other members of the putative class, so there is no prejudice to absent putative class members. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Notice to the class is not necessary under Federal Rule of Civil Procedure 23(e) because the Court has not certified a class in this case, and the dismissal does not prejudice the rights of any members of the putative class.

**IT IS SO STIPULATED**.

Dated: September 19, 2017

Respectfully submitted,

Capstone Law APC

By: /s/ Jordan Lurie
Jordan L. Lurie
Tarek H. Zohdy
Cody R. Padgett
Karen L. Wallace

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated:  September 19, 2017 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By: /s/ Eric Y. Kizirian |
| 4 | |     Eric Y. Kizirian |
| 5 | | Attorneys for Defendant BMW OF NORTH AMERICA, LLC |
| 6 | | Attorneys for Defendant |

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2017

By: /s/ Jordan L. Lurie
Jordan L. Lurie
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396